IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:02-CR-00109-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SUBU DUBEY | ) | |

This matter is before the court on Subu Dubey's letter motion [DE-28] in which Mr. Dubey requests a copy of his Presentence Investigation Report ("PSR"). Per Local Criminal Rule 32.1, "[n]o confidential records of this court maintained by the probation office, including presentence and probation supervision records, shall be sought by any applicant except by written petition to this court establishing with particularity the need for specific information in the records." Mr. Dubey has not stated with particularity his need for his PSR. Accordingly, his motion is DENIED WITHOUT PREJUDICE.

SO ORDERED.

This, the 26 day of June, 2015.

*James C Fox*
JAMES C. FOX
Senior United States District Judge